UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARAFAT ENIOLA AROWOKOKO, et al.,<br><br>    Defendants. | Case No. 22-cv-00803-JSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 39 |

Plaintiffs Meta Platforms, Inc. ("Meta") previously known as Facebook, Inc., and Chime Financial, Inc. ("Chime") filed a complaint against Defendants Arafat Eniola Arowokoko and Arowokoko Afeez Opeyemi to stop Defendants' online impersonation scheme directed at Meta and Chime users. The Court has reviewed Chief Magistrate Judge Donna M. Ryu's Report and Recommendation advising the Court grant Plaintiffs' motion for default judgment and enter a permanent injunction against Defendants. (Dkt. No. 39.) Plaintiffs served the Report on Defendants. (Dkt. No. 40.) No party filed an objection. The time to object has expired. *See* Fed. R. Civ. P. 72(b)(2).

The Court has reviewed the Report and record in this action carefully. Chief Magistrate Judge Ryu carefully evaluated the need and adequacy of alternative service in this action. (Dkt. No. 22; Dkt No. 39 at 3.) The Report details the basis for subject matter jurisdiction and personal jurisdiction over Defendants. (Dkt. No. 39 at 3-7.) And the Report found the *Eitel* factors justify entry of default judgment and a narrowly tailored permanent injunction against Defendants. (*Id.* at 8-17.) After de novo review, the Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect.

**IT IS SO ORDERED.**

This Order disposes of Dkt. No. 39.

Dated: May 9, 2023

JACQUELINE SCOTT CORLEY
United States District Judge